James's Case.

---

In the matter of BENJAMIN L. JAMES, an alleged lunatic.

On appeal from a decree of the chancellor, whose opinion is reported in *James's Case, 8 Stew. Eq. 58.*

*Mr. A. Flanders,* for appellant.

*Mr. C. E. Hendrickson,* for respondent.

The opinion of the court was delivered by

BEASLEY, C. J.

In my opinion, the testimony taken under the inquisition in this case did not satisfactorily show that the subject of it was of unsound mind, and I therefore think the decree should be reversed and the case remitted, with instructions that the appellant be permitted to traverse the inquisition, or that an issue be directed.

*Decree unanimously reversed.*